UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-61259-CIV-GOLD/MCALILEY

STEPHEN A. KARAKIS,

    Plaintiff,

v.

SASUN INCORPORATED, et al.,

    Defendants.
_____/

## ORDER DISMISSING CLAIMS WITH PREJUDICE; CLOSING CASE

THIS CAUSE comes before the Court on the Notice of Voluntary Dismissal with Prejudice [DE 6] filed by Plaintiff on August 26, 2008. In this Notice, Plaintiff gives notice of his voluntary dismissal with prejudice of this entire action against all Defendants. Based on this Notice and my review of the case file, I dismiss this action with prejudice and close this case. Accordingly, it is hereby

ORDERED AND ADJUDGED that

1. This action is DISMISSED with prejudice.

2. This case is CLOSED.

3. All pending motions are DENIED as moot.

DONE AND ORDERED in Chambers in Miami, Florida this 2nd day of September, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record